## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 91-6-B** |
| | ) | |
| **ALAN ROY MOUNTAIN** | ) | |
| | ) | |

## ORDER MODIFYING CONDITIONAL RELEASE

After a conference held on November 5, 2008, pursuant to 18 U.S.C. §§ 4243(f) and 4247(d) and after additional investigation by the U.S. Probation Department, the Court amends its Order dated July 2, 2001 as follows:

IT IS HEREBY ORDERED that:

1)  Defendant shall reside at a residence approved in advance by the supervising U.S. Probation Officer in consultation with Volunteer Patient Advocate Steve DeMaio, or as further directed by this Court.  Defendant shall be permitted overnight visits with his mother, Alice Bolstridge, at her residence in Presque Isle, Maine.

2)  This plan of conditional release shall be monitored by the supervising U.S. Probation Officer and Volunteer Patient Advocate Steve DeMaio.  Treating Mental Health professionals shall regularly inform and consult with the supervising U.S. Probation Officer and Mr. DeMaio regarding the status of current or proposed programs, therapies, or treatments for Mr. Mountain.

3)  Defendant shall continue to be medication compliant and take prescribed medications as ordered and as may be adjusted by his treating psychiatrist in the community.  Failure to

1

comply with medical orders or with any change in the medical regime shall be reported immediately to the supervising U.S. Probation Officer and to Volunteer Patient Advocate Steve DeMaio.

4)   Defendant shall participate in mental health and support programs and therapies, including, but not limited to, voluntary readmission to a psychiatric hospital as an inpatient, as deemed necessary by treating mental health professionals at Allies, 5 Martin Street, Presque Isle, Maine, in consultation with the supervising U.S. Probation Officer and Mr. DeMaio.

5)   Defendant shall refrain from illegal drug use and submit to random urinalysis as required by the treating medical staff or the supervising U.S. Probation Officer.

6)   Defendant shall be supervised by a U. S. Probation Officer who shall act as a liaison between the Court, treating mental health professionals (at or through Allies) and Volunteer Patient Advocate Steve DeMaio.  Defendant shall consent to the release of information to the supervising U.S. Probation Officer and to Mr. DeMaio by those mental health professionals.

7) The supervising U.S. Probation Officer and Mr. DeMaio shall consult regarding the status of the Defendant and his conditions of release at least once every six months.

8)   If, in the opinion of the treating mental health professionals, the Defendant poses a danger to himself and/or to others in the community, even if he is complying with prescribed medications and treatment, the treating mental health professionals shall immediately notify the supervising U.S. Probation Officer and Mr. DeMaio.  The supervising U.S. Probation Officer shall immediately notify the Court.

9)  Defendant shall commit no local, state, or federal crimes, including, but not limited to, threatening calls, threatening letters, or otherwise threatening behavior.

10)   The Court is and remains empowered to revoke any and all of these provisions of conditional release, as well as to revoke the conditional release itself.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of January, 2009.